

**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00269-CV**

_____

**RING & RING D/B/A WRIGHT'S AMUSEMENTS, Appellant**

**V.**

**SHARPSTOWN MALL TEXAS, LLC AND PLAZAMERICAS MALL TEXAS, LLC, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-71771A**

---

## ORDER

This is an appeal from a judgment signed December 21, 2015. The district clerk has notified this court a related appeal was previously filed in the Court of Appeals for the First District of Texas under number 01-15-00527-CV, and that the current appeal was mistakenly assigned to this court.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-16-00269-CV is transferred to the Court of Appeals for the First District

of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The clerk of this court is directed to transfer all papers filed in the case, and certify all orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM